No. 2,156.—MISSOULA WATER CO., RESPONDENT, *v.* C. E. AND JENNIE WILLIAMS, APPELLANTS.

*Appeal from Missoula County; F. C. Webster, Judge.*

Decided October 12, 1905.

PER CURIAM.—Upon motion of counsel for respondent, this cause is hereby dismissed without prejudice to the appellants.

*Messrs. McConnell & McConnell,* for Appellants.

*Messrs. Woody & Woody, Messrs. Marshall & Stiff,* and *Mr. Wm. Wallace, Jr.,* for Respondent.

---

No. 2,195.—STATE OF MONTANA, RESPONDENT, *v.* ISAK ERICKSON, APPELLANT.

*Appeal from Meagher County; W. R. C. Stewart, Judge.*

Decided November 1, 1905.

PER CURIAM.—The respondent's motion to dismiss the appeal herein is hereby sustained and the appeal dismissed.

*Mr. A. C. Gormley,* for Appellant.

*Mr. A. J. Galen,* Attorney General, for Respondent.